1112

No. 91–6835.  McMahon v. United States.  C. A. 10th Cir.
Certiorari denied.

No. 91–6836.  O'Connell v. United States.  C. A. 4th Cir.
Certiorari denied.

No. 91–6838.  Mahlerwein v. Federal Land Bank of Lou-
isville et al.  C. A. 6th Cir.  Certiorari denied.

No. 91–6840.  Maurer v. Los Angeles County.  C. A. 9th
Cir.  Certiorari denied.

No. 91–6841.  Citron v. United States.  C. A. 6th Cir.  Cer-
tiorari denied.

No. 91–6842.  Cobbins v. United States.  C. A. 4th Cir.
Certiorari denied.

No. 91–6843.  Chambers v. United States.  C. A. 6th Cir.
Certiorari denied.

No. 91–6844.  Tabois v. New York Telephone Co.  C. A. 2d
Cir.  Certiorari denied.

No. 91–6845.  Bugh v. Ohio.  Ct. App. Ohio, Carroll County.
Certiorari denied.

No. 91–6846.  Ham, aka Hamm, aka Brewer v. United
States.  C. A. 4th Cir.  Certiorari denied.

No. 91–6847.  Evenstad v. Las Vegas Metropolitan Police
Department et al.  C. A. 9th Cir.  Certiorari denied.

No. 91–6848.  Egan v. Runda.  C. A. 6th Cir.  Certiorari de-
nied.

No. 91–6851.  Baez v. Government of the Virgin Islands.
C. A. 3d Cir.  Certiorari denied.

No. 91–6852.  Fitzgerald v. Thompson, Warden.  C. A. 4th
Cir.  Certiorari denied.

No. 91–6855.  Fennell v. United States.  C. A. 10th Cir.
Certiorari denied.